DOUGLAS J. SCHOENWALDER.,

      Plaintiff,

v.                                      Case No. 26-CV-1161

BROWN COUNTY, WISCONSIN,

SERGEANT JODY BREIDER,

CAPTAIN DAVID POTEAT,

SERGEANT JOHN RAPP,

and

SERGEANT CHARLES TASSOUL,

      Defendants.

## COMPLAINT

NOW COMES the Plaintiff, Douglas J. Schoenwalder, by his attorney, T. Wickham Schmidt, Esq., and as and for his Complaint against the above-named Defendants, Brown County, Wisconsin, Sergeant Jody Breider, Captain David Poteat, Sergeant John Rapp, and Sergeant Charles Tassoul, states as follows:

### THE PARTIES

1. The Plaintiff, Douglas J. Schoenwalder ("Plaintiff" or "Mr. Schoenwalder"), is an adult citizen of Wisconsin with a principal address of 441 Bosar Ave., Ashwaubenon, WI 54304.

2. The Defendant, Brown County, Wisconsin (the "County"), is a municipality organized and existing under the laws of the State of Wisconsin.

1

3. The Defendant, Sergeant Jody Breider ("Sgt. Breider"), is an officer and employee of the Brown County Sheriff's Office who was, at all times material to this Complaint, acting under color of state law

4. The Defendant, Captain David Poteat ("Capt. Poteat"), is an officer and employee of the Brown County Sheriff's Office who was, at all times material to this Complaint, acting under color of state law.

5. The Defendant, Sergeant John Rapp ("Sgt. Rapp"), is a retired officer and former employee of the Brown County Sheriff's Office who was, at all times material to this Complaint, acting under color of state law

6. The Defendant, Sergeant Charles Tassoul ("Sgt. Tassoul"), is an officer and employee of the Brown County Sheriff's Office who was, at all times material to this Complaint, acting under color of state law.

## JURISDICTION

7. Pursuant to 28 U.S.C. § 1331, jurisdiction over all Plaintiff's claims is proper because this is a civil action arising under the laws of the United States; specifically, 42 U.S.C. § 1983.

## GENERAL ALLEGATIONS

### 14th Annual N.E.W. Pride Festival

8. On or about September 23, 2023, Mr. Schoenwalder went to the 14th Annual N.E.W. Pride Festival (the "14th Festival") at the Brown County Fairgrounds to speak with attendees and to distribute Gospel tracts.

9. The 14th Festival took place on property owned by the County that is customarily open to the public as a park.

10. The 14th Festival was not a ticketed or gated event, nor was an invitation required to attend, but rather the 14th Festival was open to the public.

2

11. Within approximately six minutes of Mr. Schoenwalder's arrival at the 14th Festival, Capt. Poteat, Sgt. Rapp, and Sgt. Tassoul arrested Mr. Schoenwalder and removed him from the event, thereby precluding him from speaking with attendees and distributing Gospel tracts.

12. By arresting Mr. Schoenwalder and removing him from the 14th Festival, Capt. Poteat, Sgt. Rapp, and Sgt. Tassoul violated Mr. Schoenwalder's rights under the First and Fourteenth Amendments to the United States Constitution.

### 15th Annual N.E.W. Pride Festival

13. On or about September 21, 2024, Mr. Schoenwalder went to the 15th Annual N.E.W. Pride Festival (the "15th Festival") at the Brown County Fairgrounds to speak with attendees and to distribute Gospel tracts.

14. The 15th Festival took place on property owned by the County that is customarily open to the public as a park.

15. The 15th Festival was not a ticketed or gated event, nor was an invitation required to attend, but rather the 15th Festival was open to the public.

16. Prior to attending the 15th Festival, Mr. Schoenwalder sent certified letters to the Brown County Sheriff's Office, the Brown County Parks Department, and the Brown County District Attorney, announcing his intent to attend the 15th Festival to speak with attendees and to distribute Gospel tracts.

17. Within approximately five minutes of Mr. Schoenwalder's arrival at the 15th Festival, Sgt. Breider approached Mr. Schoewalder and asked him what he was handing out. Mr. Schoenwalder informed Sgt. Breider that he was handing out Gospel tracts. Sgt. Breider then demanded that Mr. Schoenwalder leave the 15th Festival.

18. Mr. Schoenwalder refused to leave the 15th Festival. He did not hand out any Gospel tracts, but he spoke with approximately three attendees before Sgt. Breider and Sgt. Rapp forcibly removed him from the event, thereby precluding him from speaking further with attendees and distributing Gospel tracts.

19. By forcibly removing Mr. Schoenwalder from the 15th Festival, Sgt. Breider and Sgt. Rapp violated Mr. Schoenwalder's rights under the First and Fourteenth Amendments to the United States Constitution.

20. Upon information and belief, Sgt. Breider and Sgt. Rapp forcibly removed Mr. Schoenwalder, not upon their own spontaneous initiative, but in accordance with prior directions from persons with final policymaking authority on behalf of the County.

21. As a result of Defendants' actions alleged herein, Mr. Schoenwalder has suffered damages in an amount to be proven at trial.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants as follows:

A. For nominal damages;

B. For compensatory damages in an amount to be proven at trial;

C. For punitive damages in an amount to be proven at trial;

D. For actual attorney's fees, pursuant to 42 U.S.C. § 1988;

E. For costs and disbursements arising from this action;

F. For pre-judgment and post-judgment interest; and

G. For any other relief this Court deems just and equitable.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

4

Dated this 30th day of June, 2026.  T. WICKHAM SCHMIDT, ESQ.
A PROFESSIONAL SERVICE CORPORATION
Attorney for Plaintiff Douglas J. Schoenwalder

BY:  s/ T. Wickham Schmidt
 T. Wickham Schmidt, SBN 1062002

P.O. Address:
130 E. Walnut St., Ste. 800
Green Bay, WI  54301
920.759.8114

Direct Contact Information:
T. Wickham Schmidt  920.759.8115 direct dial
920.759.8105 direct fax
wick@twslawgb.com

5